**Transferred case has been opened**
**NYSD_ECF_Pool** to: InterDistrictTransfer_DED          04/19/2011 09:26 AM

CASE: 1:10-cv-00419

DETAILS: Case transferred from Delaware has been opened in Southern District of New York as case 1:11-cv-02630, filed 04/18/2011.